IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **KENDRICK LEE HARRIS,** ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:22cv586-MHT |
| ) | (WO) |
| **ALABAMA DEPARTMENT OF** ) | |
| **CORRECTIONS, et al.,** ) | |
| ) | |
|     Defendants. ) | |

OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit contending that he was assaulted by staff or inmates at three different prisons on three separate occasions. After the United States Magistrate Judge ordered him to file an amended complaint to correct deficiencies in his original complaint, he filed three amended complaints, each about a separate incident. This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the first of plaintiff's amended complaints (Doc. 11), which deals with an assault in

the Northern District of Alabama, be severed from the case and transferred to the United States District Court for the Northern District of Alabama. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

\*\*\*

Accordingly, it is ORDERED as follows:

(1) The magistrate judge's recommendation (Doc. 18) is adopted.

(2) The first of plaintiff's amended complaints (Doc. 11) is severed from this case, pursuant to Federal Rule of Civil Procedure 21, and transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. §§ 1404(a) and 1406(a).

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

**This case is not closed, and remains pending on plaintiff's remaining complaints.**

**DONE, this the 5th day of December, 2022.**

                                     **/s/ Myron H. Thompson**
                              **UNITED STATES DISTRICT JUDGE**