IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KENDRICK LEE HARRIS,    )<br>                          )<br>    Plaintiff,          )<br>                          )<br>    v.                    )<br>                          )<br>ALABAMA DEPARTMENT OF    )<br>CORRECTIONS, et al.,     )<br>                          )<br>    Defendants.           ) | CIVIL ACTION NO.<br>2:21cv586-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit and then amended the complaint several times. In the various complaints, he raises complaints about distinct instances in which disparate defendants either failed to protect him from assault by other prisoners or used excessive force against him. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute and failure to follow court orders. There are no objections to the

recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 1st day of March, 2023.

                                  /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**